FILED 15 AUG '17 14:35 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-00306-MO |
| v. | INDICTMENT |
| | 18 U.S.C. §§ 111(a)(1), (b) |
| CYRUS ANDREW SULLIVAN, | |
| Defendant | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Impeding Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about June 28, 2017, within the District of Oregon, defendant **CYRUS ANDREW SULLIVAN** unlawfully and knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with M.I., a Multnomah County Deputy Sheriff, while M.I. was engaged in his official duties assisting the United States Marshal for the District of Oregon in the performance of the United States Marshal's official duties as custodian of federal prisoners, and in so doing, defendant **CYRUS ANDREW SULLIVAN** attempted to engage in physical contact with M.I., namely, defendant willfully attempted to punch M.I.;

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 2
### (Impeding Federal Officer)
### (18 U.S.C. §§ 111(a)(1), (b))

On or about June 28, 2017, within the District of Oregon, defendant **CYRUS ANDREW SULLIVAN**, unlawfully and knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with T.B., a Multnomah County Deputy Sheriff, while T.B. was engaged in his official duties assisting the United States Marshal for the District of Oregon in the performance of the United States Marshal's official duties as custodian of federal prisoners, and in so doing, defendant **CYRUS ANDREW SULLIVAN** engaged in physical contact with, and willfully caused physical injury to, T.B. by elbowing T.B. about the face and neck;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 3
### (Impeding Federal Officer)
### (18 U.S.C. §§ 111(a)(1), (b))

On or about June 28, 2017, within the District of Oregon, defendant **CYRUS ANDREW SULLIVAN** unlawfully and knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with W.M., a Multnomah County Deputy Sheriff, while W.M. was engaged in her official duties assisting the United States Marshal for the District of Oregon in the performance of the United States Marshal's official duties as custodian of federal prisoners, and in so doing, defendant **CYRUS ANDREW SULLIVAN** engaged in physical contact with, and willfully caused physical injury to, W.M. by kicking W.M. in the chest;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 4
### (Impeding Federal Officer)
### (18 U.S.C. § 111(a)(1))

On or about June 28, 2017, within the District of Oregon, defendant **CYRUS ANDREW SULLIVAN** unlawfully and knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with P.S., a Multnomah County Deputy Sheriff, while P.S. was engaged in his official duties assisting the United States Marshal for the District of Oregon in the performance of the United States Marshal's official duties as custodian of federal prisoners, and in so doing, defendant **CYRUS ANDREW SULLIVAN** attempted to engage in physical contact with P.S., namely, defendant willfully attempted to kick P.S.;

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 5
### (Impeding Federal Officer)
### (18 U.S.C. § 111(a)(1))

On or about June 28, 2017, within the District of Oregon, defendant **CYRUS ANDREW SULLIVAN** unlawfully and knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with P.H., a Multnomah County Deputy Sheriff, while P.H. was engaged in his official duties assisting the United States Marshal for the District of Oregon in the performance of the United States Marshal's official duties as custodian of federal prisoners, and in so doing, defendant **CYRUS ANDREW SULLIVAN**

/////

/////

attempted to engage in physical contact with P.H., namely, defendant willfully attempted to kick P.H.;

In violation of Title 18, United States Code, Section 111(a)(1).

DATED this 15 day of August 2017.



A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney
District of Oregon

GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney